Crystal L. Cox
Pro Se Counter Plaintiff
1:13-cv-03257-UA
2:13-cv-00938-APG-GWF
SavvyBroker@Yahoo.com

2013 JUN -3  P 2: 45

## U.S. District Court
## District of Nevada
## 2:13-cv-00938-APG-GWF

Plaintiff Crystal Cox

**Notice to Court / Motion to Move Case BACK to New York:**

v.

David Carr

The Cause of Action on this Case is Defamation, Libel Slander as the Nature of the Lawsuit as noted on the civil cover sheet, Respectfully, I notice this court that this complaint is not in regard to a contract dispute in any way.

This case originates with **Southern District of New York (Foley Square), CIVIL DOCKET FOR CASE #: 1:13-cv-03257-UA**, I, Plaintiff Crystal Cox have had NO Contract Disputes with David Carr, with Defendants of this action.

I, Plaintiff Crystal Cox have a valid Defamation claim against the New York Times and David Carr. I object to moving this case to NEVADA, it is improper, as I am involved in a Nevada case in this regard already, and must have a judgement in the state of residence and corporation.

Defamation law is such that I must have a judgment in the state of the company does business and the individual lives, per 28 USC Sec. 4102, therefore I Purposely filed this case against New York Corporations and Individuals in NEW York. New York is the PROPER venue for Plaintiff Cox's legal action against Defendant David Carr and Defendant New York Times.

I ask this court, respectfully to move this case back to the venue in which I filed the case in, **Southern District of New York (Foley Square), CIVIL DOCKET FOR CASE #: 1:13-cv-03257-UA.**

Respectfully Submitted
Pro Se Defendant
Pro Se Counter Plaintiff
Crystal L. Cox
**1:13-cv-03257-UA**
**2:13-cv-00938-APG-GWF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was mailed to:

US District Court
Las Vegas Courts
District of Nevada Courts
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

Crystal L. Cox, Pro Se

Cupitt L (M)
PO Box 2027
Port Townsend, WA
98368

TACOMA WA 983
OLYMPIC WA
30 MAY 2013 PM 3 L

U.S. District Court
Attention: Judge Andrew P. Gordon
District of Nevada Court
333 S. Las Vegas Blvd
Las Vegas, NV 89101