# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL L. COX, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00938-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID CARR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the Court's Order (#8) denying Plaintiff's Application to proceed *in forma pauperis* (#1) and granting her Motion to File Electronically (#3), entered on December 6, 2013. It has come to the Court's attention that the District Judge in *Randazza v. Cox*, case no. 2:12-cv-02040-GMN-PAL, revoked Plaintiff's ability to file electronically in that case due to significant and repeated violations of the Local Rules. *See Randazza, Doc. #144*. In light of that order, this Court will vacate the subject Order (#8) in this case to the extent that it granted Plaintiff's Motion to File Electronically (#3). Accordingly,

**IT IS HEREBY ORDERED** that the Court's December 6, 2013 Order (#8) is partially **vacated** as follows:

(1) To the extent that it granted Plaintiff's Motion to File Electronically (#3), the Order (#8) is vacated.

...

...

...

...

**IT IS FURTHER ORDERED** that Plaintiff's Motion to File Electronically (#3) is **denied** without prejudice.   In the event the District Court in *Randazza v. Cox*, case no. 2:12-cv-02040-GMN-PAL, restores Plaintiff's ability to file electronically, Plaintiff may re-file a motion to file electronically in this case.

DATED this 10th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge