Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Case No. 2:13-cv-00938-APG-GWF
Cox v. Carr
Poverty Affidavit

Crystal L. Cox, Plaintiff
1-50 John and Jane Doe Plaintiffs

v.

Defendant(s)

I, Plaintiff Crystal L. Cox Swear to the following upon my belief and knowledge.

I, Plaintiff, Crystal L. Cox, have a $2.5 Million Dollar Judge against me, as Exhibits Show.

**I, Crystal L. Cox, have the Following Assets:**

Approx. 50 Domain Names, which cost $10 a Year to Renew, on going and are connected to my online business, in which is my Income Source.

One 1993 Ford Truck, Smashed in, Value Approx. $400.

Various Household Possessions such as clothes, 1 bed, book cases.

One 6 year old desktop computer.

No Property, No Land, No Investments, No Life Insurance, No Retirement Account.

**My Marital Status: Single**

I, Pro Se Counter Plaintiff Crystal L. Cox, Swear to the following upon my belief and knowledge.

Gross Income:  approx. $500 a month and varies

Rent:  I currently live in church housing and have no steady income, only help from the church.

Electricity:  Paid by church as I have no income.

Insurance $50

Phone: Internet phone for Free, Church phone when available

Internet: Paid by church as I have no income.

Gas $200 a month, paid by church

Food : approx. $350 a month Paid by church as I have no income.

Payment on Debts $200 - $500 as much as possible, a Month to private parties and other debt holders, only when I can.

(I owe a dental debt of approx. $1200, and owe approx $300,000 to Private Parties, as filed in Obsidian V. Cox) (Debt to Eliot Bernstein on those documents was satisfied, until recently, when Defendants took part of the Domain Names settled in lieu of Debt., therefore some of that debt still applies)

I also owe Approx. $5000 to the IRS.

I have ongoing postal fees, printing fees, computer fees in order to respond to a constant flood of court motions by defendants harassing me.

I Crystal L. Cox, on this Day of December 19th, 2013, swear / affirm under penalty and perjury that these facts are true to my best knowledge and believe.

My monthly expenses is way more than my income, I have occasional help from churches, friends and family. I currently have NO steady income as defendants have ruined my reputation, my business and put my life at risk and under constant duress.

# Relief Requested

## Order to Proceed as a Poor Person Granted

The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that Pro Se Plaintiff is without sufficient funds or assets with which to pay the advance deposit for costs of this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

This court serves all named defendants as Plaintiff cannot afford service fees and cost.


**Poverty Affidavit / Declaration, Submitted by**
**Plaintiff Crystal L. Cox**


## Certificate of Service:


I hereby certify that I served the foregoing on Dec.  19th, 2013

Mailed to:

GEORGE FOLEY, JR.
United States Magistrate Judge
Las Vegas Courts
District of Nevada Courts
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
SavvyBroker@yahoo.com